UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY JESUS RODRIGUEZ,<br><br>                Petitioner,<br><br>      v.<br><br>FRANCISCO JAQUEZ,<br><br>                Respondent. | Case No. EDCV 10-1003 JFW(JC)<br><br>(PROPOSED)<br><br>JUDGMENT |

Pursuant to this Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is denied and this action is dismissed with prejudice.

DATED: 11-2-10

_____
HONORABLE JOHN F. WALTER
UNITED STATES DISTRICT JUDGE